# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:02CR251 |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| **MATHEW R. JOHNSON,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to dismiss without prejudice under Federal Rule of Criminal Procedure 48(a) the Petition for Offender Under Supervision (Filing No. 53).

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 53) is granted;

2. The Petition (Filing No. 44) and Amended Petition (Filing No. 45) are dismissed without prejudice; and

3. The government's oral motion for detention (Filing No. 54) is denied as moot.

DATED this 31st day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge